UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LARRY GONZALEZ,

                            Plaintiff,                          **ORDER**

      -against-                                       21 Civ. 800 (VB)(JCM)

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
-----------------------------------------------------------------X

       On November 2, 2021, Plaintiff filed a motion for judgment on the pleadings. (Docket No. 17). On February 9, 2022, the Commissioner of Social Security filed an opposition and cross-motion for judgment on the pleadings. (Docket No. 22). Pursuant to the Court's Order, Plaintiff's reply was due March 2, 2022. (Docket No. 21). As of today, no reply has been filed. If Plaintiff does not submit a reply by March 17, 2022, the Court will deem this matter fully submitted.

Dated: March 10, 2022
       White Plains, New York

                                                          **SO ORDERED:**

                                                           JUDITH C. McCARTHY
                                                           United States Magistrate Judge