**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LARRY GONZALEZ,

                Plaintiff,                              21 **CIVIL** 800 (VB)

    -v-                                        **<u>JUDGMENT</u>**

KILOLO KIJAZAKI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 12, 2022, Plaintiff's objections are OVERRULED, and the R&R is adopted in its entirety as the opinion of the Court. Plaintiff's motion for judgment on the pleadings is DENIED. Defendant's cross-motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           August 15, 2022

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                               **BY:**    *K. Mango*

                                                            **Deputy Clerk**